# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00038-CR

**Robert Rebel Kemp, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 57,669, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robert Rebel Kemp was convicted of criminal non-support and sentenced to two years in prison, probated for five years. *See* Tex. Penal Code Ann. § 25.05 (West 2003). His probation was revoked based on a plea bargain agreement in which Kemp pleaded true to an alleged violation. He was sentenced to twenty-two months in state jail.

Kemp filed a notice of appeal, but the trial court has certified that this is a plea bargain case and that Kemp has no right of appeal. The trial court record contains a document entitled Adjudication/Revocation/Waivers, Agreements, Judicial Confession, signed by appellant and his attorney, in which he "waives any right to a Motion for New Trial and Appeal." The record also contains a document entitled Waiver of Motion for New Trial and Motion in Arrest of Judgment and Waiver of Right to Appeal, signed by appellant and his attorney, in which appellant states "[t]hat he does not wish to appeal his conviction and expressly waives his right to appeal."

Because the record does not contain a certification that the defendant has the right of appeal, this appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed

Filed:  February 26, 2010

Do Not Publish